Joseph M. TOOHEY, Respondent,

v.

Melodie L. GIGER–TOOHEY, Appellant.

No. ED 88396.

Missouri Court of Appeals, Eastern District, Division Two.

Sept. 11, 2007.

Susan Roach, Clayton, MO, for appellant.

William K. Meehan, University City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., BOOKER T. SHAW and NANNETTE A. BAKER, JJ.

## ORDER

PER CURIAM.

Melodie L. Giger–Toohey appeals from the trial court's judgment dissolving her marriage to Joseph Toohey. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm the judgment. Rule 84.16(b)(1).